Alan Stuart Graf, OSB # 92317
alanstuartgraf@gmail.com
208 Pine St
Floyd, VA 24091
Telephone: 931-231-4119
Fax: 931-964-3127
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **WILLIAM C.** | 1:19-CV-01625-SB |
| Plaintiff, | |
| | ORDER FOR EAJA |
| v. | ATTORNEY FEES |
| **Commissioner of Social Security**, | |
| Defendant. | |

_____

Based upon Plaintiff's Motion and Memorandum for EAJA AND Defendant's non-opposition to such Motion, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of **$5,384.37**.  Subject to any offset allowed under the Treasury Offset Program, as discussed in Astrue v. Ratliff, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Alan Stuart Graf, PC, 208 Pine St., Floyd VA 24091.

IT IS SO ORDERED.

Dated this  1st  day of February, 2021.

*Stacie F. Beckerman*

_____

Hon. Stacie F. Beckerman
United States Magistrate Judge

Prepared as to form

/s/ Alan Graf_____
Attorney for Plaintiff

ORDER FOR EAJA FEES-1